In the Matter of the Application of THOMAS P. HEALY for Admission to Practice as an Attorney and Counselor at Law. (From the District of Columbia.) — Application granted. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

### (March 5, 1937.)

BETHLEHEM KNITTING MILLS, INC., Appellant, v. S. KARPEN & BROS., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

ANTHONY CAVALLO and SUSIE CAVALLO, Appellants, v. MARIA HAGER and MARGERITA CARUSO, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Whether the deed was in effect a mortgage was a question of fact. The evidence amply sustained the trial court's determination that it was not a mortgage; this without regard to the Municipal Court judgment. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

EMBRO REALTY CORP., Appellant, v. FERDINAND REINEKING, JR., Individually and as Executor, etc., of FERDINAND REINEKING, Deceased, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

JOSEPHINE FENCL, Individually and as Guardian ad Litem of ANTONIA FENCL, an Infant, Respondent, v. NELSON BROS. COAL COMPANY and RAYMOND DHAENEN, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.